*E-FILED - 8/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LITMON, JR., | ) | No. C 05-4328 RMW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PARTIAL PAYMENT OF FILING FEE |
| vs. | ) ) ) | |
| SANTA CLARA COUNTY, | ) ) | |
| Defendant. | ) ) | (Docket No. 2) |

    Plaintiff, a civil detainee under California's "Sexually Violent Predators Act" (California Welfare & Institutions Code § 6600 et. seq.), filed a pro se civil rights complaint under 42 U.S.C. § 1983 and an application to proceed in forma pauperis. The court notes that plaintiff is not a "prisoner" subject to the provisions of the Prisoner Litigation Reform Act. See Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

    Plaintiff has filed a non-prisoner in forma pauperis application and submitted his trust account statement. Plaintiff's trust account statement shows that over a period of five months, from May 2007 through September 2007, his monthly deposits averaged $179.53 and his monthly balance averaged $62.02. The court will GRANT plaintiff's motion to proceed in forma pauperis (docket no. 2). Based upon plaintiff's balance in his trust account, the court will

1 require plaintiff to pay a partial fee of $35.91 (20 percent of his average monthly deposits)
2 towards the court's $350.00 filing fee.  See Olivares v. Marshall, 59 F.3d 109, 111 (9th Cir.
3 1995) (court may impose partial filing fee if plaintiffs' resources make that appropriate).
4 Plaintiff shall pay the partial filing fee of $35.91 **within thirty days** of the date of this order.
5 Plaintiff shall include with his payment a clear indication that it is for this case number, C 05-
6 4328 RMW (PR).

7     It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the
8 court informed of any change of address by filing with the clerk a separate paper headed "Notice
9 of Change of Address."

10     Failure to comply with the court's orders may result in the dismissal of this action for
11 failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

12     IT IS SO ORDERED.

13 DATED:  8/8/08

                                    RONALD M. WHYTE
14                                     United States District Judge