***E-FILED - 9/30/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> SANTA CLARA COUNTY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. C 05-4328 RMW (PR) <br><br> ORDER GRANTING <br> PLAINTIFF'S MOTION FOR <br> VOLUNTARY DISMISSAL <br><br> (Docket No. 18) |

Plaintiff has filed a <u>pro se</u> civil rights complaint under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act under 42 U.S.C. § 2000 et seq. ("RLUIPA"). On September 17, 2008, plaintiff filed a motion to dismiss the case.

Plaintiff's motion to voluntary dismiss the instant action (docket no. 18) is GRANTED. The clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 9/30/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Voluntary Dismissal
P:\PRO-SE\SJ.Rmw\CR.05\Litmon328dis.wpd