*E-FILED - 9/30/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LITMON, JR., | ) | No. C 05-4328 RMW (PR) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| SANTA CLARA COUNTY, | ) | |
| Defendant. | ) | |
| | ) | |

The court has dismissed the instant civil rights complaint without prejudice based upon plaintiff's motion for voluntary dismissal. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __9/30/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.05\Litmon328jud.wpd